**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 635 MAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
NELSON RIVERA JR., :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 636 MAL 2020
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
NAPHEACE JAMAL COOPER-REID, :
:
Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.